UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THERESA TETLEY,<br>  aka "Bitcoin Maven,"<br><br>    Defendant. | CR No. 17-CR00738-MWF<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 1960(a), (b)(1)(B): Operating an Unlicensed Money Transmitting Business; 18 U.S.C. § 1956(a)(3)(B): Laundering of Monetary Instruments] |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1960(a), (b)(1)(B)]

Beginning in or around January 2014, and continuing until on or about March 22, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant THERESA TETLEY, also known as "Bitcoin Maven," knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce, namely, a digital currency exchange business, that failed to comply with the money

//

transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder.

COUNT TWO

[18 U.S.C. § 1956(a)(3)(B)]

On or about January 26, 2017, in Los Angeles County, within the Central District of California, defendant THERESA TETLEY, also known as "Bitcoin Maven," with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, that is, the felonious importation, receiving, buying, selling, and otherwise dealing in controlled substances punishable under a law of the United States ("drug trafficking"), knowingly conducted a financial transaction, affecting interstate commerce, involving property represented by an authorized agent of the United States government to be proceeds of specified unlawful activity, that is, drug trafficking, namely, the exchange of 80.35912976 Bitcoin for

///

///

$69,958.00 in U.S. dollars, plus fees (Blockchain transaction ID 8a3acec41dd41a9085b0856fd00a213a84fd64e261a298922089334723a2f033).

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
 Enforcement Task Force Section

CAROL A. CHEN
Assistant United States Attorney
Deputy Chief, Organized Crime
 Drug Enforcement Task Force
 Section

PUNEET V. KAKKAR
Assistant United States Attorney
Organized Crime Drug
 Enforcement Task Force Section