UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

ORIGINAL

Case Number **17 CR 00738 =MWF**

Defendant Number _____

U.S.A. v. Theresa Tetley

Year of Birth 1967

☐ Indictment   ☒ Information   Investigative Agency (FBI, DEA, etc.) DEA, IRS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: January 2014 – March 2017

c. County in which first offense occurred:

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles   ☐ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☐ Other _____

Citation of Offense _____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☒ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes

If YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____

Case Number _____

Charging _____

The complaint:   ☐ is still pending

☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented:   ☐ No   ☒ Yes

If YES, provide, Name: Brian E. Klein

Phone Number: (424) 652-7814

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes*   ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the ____N/A____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

N/A

Case Number N/A
The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in case-in-chief?   ☐ Yes*   ☒ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☒ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☒ NO
If YES, list language and/or dialect:
N/A

**OTHER**

☐ Male    ☒ Female

☐ U.S. Citizen    ☐ Alien

Alias Name(s) "Bitcoin Maven"

This defendant is charged in:    ☒ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☒ No
If YES, should matter be sealed?    ☐ Yes    ☒ No

The area of substantive law that will be involved in this case includes:

☒ financial institution fraud    ☐ public corruption
☐ government fraud    ☐ tax offenses
☐ environmental issues    ☐ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☒ Other money laundering

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision:    ☐ Yes    ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of institution: N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   _____

e. On another conviction:    ☐ Yes    ☒ No
   IF YES:    ☐ State    ☐ Federal    ☐ Writ of issue

f. Awaiting trial on other charges:    ☐ Yes    ☒ No
   IF YES:    ☐ State    ☐ Federal    AND
   Name of Court: N/A

Date transferred to federal custody: N/A

This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.    ___ 20    ___ 21    ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 11/28/17

Signature of Assistant U.S. Attorney
Puneet V. Kakkar
Print Name

CR-72 (10/16)                CASE SUMMARY                Page 2 of 2