UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | CR 17-738 MWF |
| v. | |
| THERESA TETLEY, | ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

The fact that his impartiality might reasonably be questioned.  28 U.S.C. Section 455(a).

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with General Order 14-03.

December 4, 2017
Date

_[signature]_
United States District/~~Magistrate Judge~~

**Notice to Counsel from Clerk**

The above-referenced criminal case has been randomly reassigned to Judge  Manuel L. Real  . On all documents subsequently filed in this case, please substitute the initials  R  after the case number in place of the initials of the prior judge so that the case number will read  2:17-cr-00738 R  .

This is very important because traditionally filed documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CR-102 (06/14)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL