

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF<br>v.<br><br>THERESA TETLEY,<br><br>                                    DEFENDANT(S) | CASE NUMBER<br><br>17CR00738-1<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, THERESA TETLEY, the above-named defendant, who is accused of operating an unlicensed money transmitting business and laundering of monetary instruments, in violation of 18 U.S.C. §§ 1960(a), (b)(1)(B), 1956(a)(3)(B), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __12/27/2017__, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: _____

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to the above-named defendant, on this date.

Date: __Dec 27__

_____
Interpreter

Before __John E. McDermott__
            Judicial Officer
            US Magistrate Judge

**WAIVER OF INDICTMENT**

CR-57 (5/08) [AO 455 Rev. 5/85]                                                                                     Page 1 of 1