## *United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

FILED
CLERK, U.S. DISTRICT COURT
DEC 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Defendant's name: Tetley, Theresa
Name on passport, if different: Tetley, Theresa Lynn
Country of origin: U.S.A.
Date passport issued: 25 November 2013
Expiration date of passport: 24 November 2023
Ordered by court in the Central District of California or _____ (district)
Docket Number: 2:17-CR-0738
Surrendered by and date (print and sign):
Theresa Tetley  /s/ Theresa Tetley   12-27-17
Received by and date (print and sign):
Alexis Ochoa, USPSO  /s/   12-27-17

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 2/10/14

**Headquarters**
Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**
George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**
Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570