# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:17-CR-00738          Recorder: CS 12/27/2017          Date: 12/27/2017

Present: The Honorable John E. McDermott, U.S. Magistrate Judge

Court Clerk: ShaRon Anthony                    Assistant U.S. Attorney: Puneet Kakkar

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| THERESA TETLEY, aka Bitcoin Maven<br>    BOND-PRESENT | BRIAN E. KLEIN<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Manuel L. Real.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Christine Chung at (213) 894-5696 to set dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: SA by TRB

12/29/2017