PUNEET V. KAKKAR (Cal. Bar No. 259816)
Assistant United States Attorney
312 North Spring Street - 14th Floor
Los Angeles, California 90012
Telephone No. (213) 894-5728

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-00738-R |
| v. | |
| THERESA TETLEY, aka "Bitcoin Maven," | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged:  **(List Documents)**

CRIMINAL DOCUMENT; [PROPOSED] ORDER; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF PUNEET V. KAKKAR AND [PROPOSED] ORDER SEALING DOCUMENT.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

May 18, 2018
Date

PUNEET V. KAKKAR
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING