# EXHIBIT A

June 2nd, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

United States v. Theresa Tetley
CR 17-738-R

Dear Judge Real,

My name is Cynthia Rena and Theresa Tetley is my eldest of 3 sisters. Theresa has
been my guide, teacher, protector, and nurturer during many times in my life. I
owe her a great deal of gratitude for all she has taught me and I deeply respect
her desire to help others in times of crisis. Theresa's life has not been an easy
road, but she always learns from her experiences and is determined to do better,
be better, and share that knowledge with others, for the purpose of easing their
suffering and helping them to live more fulfilling lives.

Theresa and I grew up in a chaotic, abusive environment. Our parents were ill-
equipped to handle our sister Eileen, a child with Non-Down Syndrome Mental
Retardation, and our sister Donna, who had latent bi-polar disorder. Our mother
suffered from severe depression and was extremely critical of Theresa. Because
Theresa was the oldest, it was expected that she help raise her younger sisters as
my mother had done in her family. My mother's critical and judgmental attitude
was soothed only by food, and all of us daughters "learned" self-loathing and self-
medicating with food as a way of being.

We grew up in a strict Catholic household and there was no alcohol or drugs and
our entire community was in the church. There are many ways, even though
Theresa is no longer Catholic, that she is still, as my mother would put it, "a good
Catholic girl". She is wholesome and loves the simple joys in life. She does not
drink, do recreational drugs, smoke cigarettes, or "party" and she enjoys reading,

hiking, gardening, and cooking. Her nature is trusting and she always gives people the benefit of the doubt because she chooses to see the best in everyone. Having worked in the service industry the majority of her life, Theresa developed excellent customer service skills and that carried over into her personal life, in which she excelled in helping and caring for others.

Perhaps the most enduring way that Theresa has helped me is in all the mental health techniques she has taught me over the years to cope and recover from the lingering effects of child abuse. In my efforts to heal, I earned a bachelor's degree in Health Education and a master's degree in Exercise and Wellness, and devoted my career to helping others live happier, healthier lives. Over time, however, the techniques I learned in school became antiquated and I found that my growth was halting and my mental health declining. Fortunately, Theresa continued her search to find new techniques to help ease mental anguish and anxiety, and generously spent many hours teaching them to me and coaching me through crises. I am extremely grateful to her for sharing her knowledge with me, which in turn not only greatly improved my life, but also the lives of my wellness participants.

What I would like to convey is that Theresa is special person who does everything she can to help the people she cares for, not only in her personal circle of family and friends, but also for the community-at-large. Theresa has spent years volunteering at hospitals, both as a general volunteer and as a baby cuddler; at nursing facilities, providing companionship and singing with the residents; and coordinating numerous clothing and can food drives for the homeless and less fortunate. She is kind to those who others might prefer to walk away from. When living in New York City, she regularly gave food to the homeless people she encountered on the street, and always gave a smile and a "Have a nice day" to those other people might ignore.

Admittedly, the last several years have been the most trying and exhausting of Theresa's life. Since the passing of our mother, a tremendous responsibility was put on Theresa's shoulders as executor of my mother's estate and the inferred

"next-in-line" mother for our Non-Down Syndrome Mentally Retarded sister, Eileen. Theresa has spent countless hours helping Eileen understand basic tasks like reading and comprehending her mail, to more serious tasks like filing a protective order against our Bi-Polar sister, Donna, who regularly manipulated Eileen into giving her money.

There were times that Donna, due to her mental illness, threatened Theresa's life and she and I were truly scared for her safety. However, even after those episodes, Theresa still bought Donna clothes, luggage, toiletries, and helped her get a post office box because Donna is incapable of maintaining a job or a residence. Theresa has had compassion for Donna, who also was a victim of child abuse, but unlike Theresa and myself, did not have the wherewithal to get help and was resistant every time Theresa tried to help her. Even through all of this pain, Theresa still tried to help Donna in any way she could because that is who Theresa is - a loving, kind, and compassionate person.

I believe that Theresa's desire to help others and take care of her family, friends, and all those she comes into contact with is part of what led her to her current circumstances. Because of the tremendous stress and health issues Theresa has faced in the last several years, her ability to make good choices was greatly compromised. With that being said, I know Theresa completely accepts full responsibility for her actions and deeply regrets her choices that led her here. She is especially upset about the effect her choices have had on her family and her ability to care for our sister, Eileen. I know that Theresa has learned a great deal from this experience and that she will never make such poor decisions again.

Thank you very much for your consideration and for any compassion you can find in your heart for my sister.

Sincerely,

Cynthia Rena

To Whom it my conern:

My sister Theresa has
helped me a lot sihe
my mom died. she has
help me to protect me from
my sister Donna and helped me
get a protective order so I don't
have to see Donna or talk to her
again. She helps me try to eat
better and chew slowy and she
explains how to use my CPAP machine
She helps me with my mail and checks
my bank accounts and helps me
pay bills and write checks.
She helps me sometimes when I
don't know what to do about
something like getting my glasses fixed
or when the wifi doesn't work

She helps me tell my
doctar what I am suppsed
to say.

Thank you
Eileen Tetley

Dear Your Honor :

My name is Lorraine Walton, and I am Theresa Tetley's maternal aunt and godmother. I want to say, first and foremost, that Theresa is the most selfless person I've ever known. She is the eldest of my sister Janet's four daughters (with Donna, Eileen, and Cynthia), and I have always admired her dedication to her family.

To provide a bit of background, my sister Janet Tetley and her family lived in Manassas, Virginia, and I and my family always lived within 40 miles of them, so we enjoyed a close relationship, both in proximity and personally.

Theresa began babysitting her sisters at the age of 9, and when she obtained her driver's license at 16, my sister took a full-time position with the Fairfax County (Virginia) Park Authority to supplement my brother-in-law's modest income supporting the family of 6. Theresa became the "soccer Mom" and after-school caregiver to the younger girls, including Eileen, who has several learning disabilities (known as non-Down Syndrome Mental Retardation) and presented additional daily challenges for her sisters. Despite everything, Theresa always took on responsibilities beyond any reasonable expectations and has steadfastly supported her family unconditionally.

My sister and I became particularly close after my brother-in-law passed away in 2005, and spoke nearly every day until her death in February 2016. She always kept me apprised of all the news about my four nieces.

Janet's health deteriorated over the 11 years prior to her passing, including kidney failure leading to years of dialysis, and diabetes (which became so debilitating that she could no longer see well enough to drive, and soon thereafter was wheelchair bound) until her death. Because of her increasing incapacity, it became clear that she needed to sell the family home in Manassas and move closer to her work in Fairfax. Without a moment's hesitation, Theresa took several weeks off from work in California to renovate the home and prepare it to sell for her mother. She also made repairs and fixed up to sell the condominium apartment that my sister and brother-in-law had purchased for Eileen. Selling the two residences enabled Janet to purchase a two-bedroom condominium apartment in Fairfax, Virginia, to share with Eileen, who works as a bus attendant for Fairfax County Public Schools, assisting children with disabilities.

Janet bought the new condo with the plan that, in the event of her death, Eileen would be in a safe, secure-access apartment complex, within walking distance of a grocery store, close to where she meets the school bus, and accessible to subsidized public transportation, as Eileen has never been able to obtain a driver's license.

In my sister's well-meaning, but unfortunate, attempt to avoid having Eileen labeled as "handicapped," or "disabled," she never sought the benefits that Eileen could have received, or for which she would have been eligible upon her mother's death, such as beneficiary of Janet's pension or Social Security income. Theresa was always aware of the likelihood that my sister

would predecease Eileen and was concerned for Eileen's well being and financial situation, so she worked very hard and sought to earn enough income that would provide for herself as well as Eileen (and possibly her mother if any long-term care became necessary).

Even though my sister tried to teach Eileen a number of life skills, there are several things that Eileen has difficulty with.  For example, she doesn't understand the concept of money (e.g., she doesn't know the difference between one dollar and 100 dollars), so she uses a debit card for all of her purchases.  Consequently, Theresa closely monitors Eileen's bank accounts to ensure they are protected and that Eileen's bills are paid.

Thus far, I have not mentioned anything about my sister's second of four daughters, Donna.  Now I will attempt to shed some light on how her situation has affected Theresa.

For the last 6 years of my sister Janet's life, Donna had become a constant worry, as Donna had moved to Virginia from Arizona, after her divorce from her second husband.  Soon after moving to Virginia, Donna was picked up by police several times due to manic behaviors as a result of a previously undiagnosed bipolar disorder combined with marijuana abuse.  She was taken to mental health facilities, but after her release, she reverted to the same behaviors.  She was incarcerated on numerous occasions for making death threats to friends and violating protective orders served against her by former friends.  Donna was also verbally abusive and had made death threats to Janet, as well as Theresa and Cynthia.  Janet never gave Donna a key to the condominium, and eventually had the property manager file a "ban notice" which was served to Donna, barring her from the complex.

My sister's (and all of our) worst fear was that if/when she passed away, Donna would try to take advantage of their sister Eileen.  Even at 46 years old, Eileen is childlike in many ways—kind and innocent, aims to please, but is shy and easily intimidated.

During one of the brief periods when Donna was in a relatively stable mental state (having recently been released from a mental health facility), she spent time with Janet.  Donna accompanied my sister to her dialysis appointment the day Janet collapsed there and was taken to the hospital where she would remain until she died.  Donna and Eileen followed my sister to the hospital.

Unbeknownst to anyone else, while my sister was unconscious and undergoing testing at the hospital, Donna coerced Eileen into accompanying her to Eileen's bank to withdraw money from Eileen's account for her.  This was exactly the type of behavior that my sister and nieces were concerned about in the event of Janet's death.

When they got word that their mother was in the hospital and unconscious, Theresa and Cynthia flew to her bedside in Virginia from their homes in California.  Once they arrived, Donna impersonated my sister to increase the limit on her credit card, booked a flight to California, and left town, knowing full well that their mother was not going to recover.

Janet lived for a week in the hospital, and in the last 24 hours, she regained consciousness and was able to communicate to Theresa and Cynthia her wishes for Eileen. Eileen became the sole owner of the condominium apartment, and an account was set up to assist with the maintenance fees and real estate taxes, as well as to supplement Eileen's meager income for her living expenses. Theresa and Cynthia were named co-trustees (Cynthia has since withdrawn from the trust, leaving Theresa as sole trustee for Eileen's account). When Janet died, they closed all of Janet and Eileen's joint accounts and created new ones for Eileen.

After Janet's funeral (for which Theresa made the arrangements), I spoke to the three sisters, and we all agreed that it was in Eileen's best interest not to have any contact with Donna, since we knew how vulnerable Eileen is to Donna's manipulation. We could only hope that, since Donna's goal was to get to California (marijuana is legal there), she would no longer be a threat to Eileen.

Theresa spent several more weeks and hundreds of hours at the condominium, going through all of my sister's effects; settling her estate; and transferring numerous accounts from Janet to Eileen. After returning home to California, Theresa spent hours on the phone, several times a week, consoling Eileen when she was sad/crying about their mother's death; sifting through mail and e-mail messages, documents, and bills; their mother's medical bills and estate affairs, as well as arranging for automatic payments for applicable bills.

In the aftermath of their mother's passing, Theresa was also dealing with the real threat of Donna being "on the loose." Donna had made her way back to Virginia, and Theresa spent countless hours trying to coordinate safety measures for Eileen, fearing not only for Eileen's safety but also for her own, after receiving death threats from Donna. It was an around-the-clock threat, and there were multiple middle-of-the-nights calls from Eileen and calls to the police in an effort to keep her safe. Over several months, Theresa worked to get a protective order for Eileen against Donna, which was finally signed earlier this year.

We recently learned that Eileen has Crohn's Disease, which led to her taking numerous days of sick leave (something she had never done before). A live-in caregiver has been hired to get Eileen to doctor appointments, etc. However, Eileen and the caregiver are rarely home at the same time, so Theresa remains the "go-to" person for all manner of questions from Eileen, via daily phone calls and/or texts, such as, "what time is it when daylight savings time begins," or "how do you write a check," or "what time do I need to get up for my doctor appointment scheduled for Noon?" Obviously, Theresa is vital to Eileen's sense of security and stability.

Your Honor, I sincerely appreciate your time and patience in reading this letter. I feel it is important that you have some insight into the person I'm proud to call my goddaughter.

Theresa is an exceptional young woman. She has dedicated her life to her family. She is a life coach; is sincere, encouraging, empathetic, and compassionate. She is honest, law-abiding, non-judgmental, and pure joy to be around. I know that she accepts responsibility for any

wrongdoing, and deeply regrets it.  I can only ask that you take into consideration the person I've described here and know she deserves empathy and leniency.

Thank you very much.

Respectfully,

*Lorraine Walton*

Lorraine Walton

May 30, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

Re:  United States v. Theresa Tetley, CR -17-738-R

Dear Judge Real,

I have worked as a tax accountant for over 50 years.  Since retiring I have been continuing to file taxes for family and friends as well as helping with social security, health and disability benefits

 Theresa is my niece and my brother's daughter.  Both of our families lived in Northern Virginia and spent many happy times together.  Theresa is the eldest of the four daughters in her family. Janet, her mother, drove a school bus so that the girls could have a good education in a parochial school. Theresa and her sisters Donna and Cynthia attended college with student loans.  Her sister Eileen who is learning disabled, was encouraged by her sisters and parents to become independent and helped her in many ways.  My brother died of heart disease at age 61.  Her mother died of heart failure in 2016.  Theresa and her sister Cynthia who no longer lived in the area were always available to assist her mother and Eileen.  Following Janeth's death in 2016 they spent a month working on their mother's estate and making sure that Eileen was financially and emotionally set for life without her mother.  Eileen works as an assistant to the bus driver of the special needs children for Fairfax County public schools.  Theresa is in constant contact with Eileen concerning finances, medical and everyday situations all of which she does with a wonderful attitude.  Theresa has had quite a few jobs, all of which she enjoyed and did with enthusiasm.  She worked in NY's theatre district, joint owner of a framing store, and working in hotel banquet catering.

I ask that you take into consideration at her sentencing all the help and love she has been to her family especially to her sister, Eileen, for whom she is the primary caregiver.  She has expressed shame and regret for what has led to this case.

Sincerely,

Dorothy E Tetley



May 26, 2018

Honorable Manuel L. Real
United States District Court
For the Central District of California

*In re: United States v. Theresa Tetley, CR 17-738-R*

Dear Judge Real,

My name is Andrew H Drance, Jr. I am "Uncle Andy" to Theresa Tetley. I am the oldest of my siblings. Theresa's mother, Janet Tetley, was the second oldest of the four siblings in our family. Theresa was born in November, 1967, while I was serving in Vietnam. Our families grew up in Northern Virginia, and we were at many family gatherings together over the years. I raised my family in Arlington, Virginia, when I worked for the Federal Department of Energy in Washington, DC. Following my retirement from the Government in 1996, I began a second career as a hospital chaplain. We moved to Aurora, CO, in 1998 to assist my wife, Estelle's, parents, and I continued to work as a *hospital and hospice chaplain until my second retirement in 2012. Since that time, I have* been a volunteer chaplain at our local community hospital.

We have followed Theresa's educational and professional pursuits closely over the years. We attended a theatre production when she was at William and Mary College in Williamsburg, VA, and we visited her in New York when she was working in the theatre there. She also was our stockbroker for several years when she worked for Merrill-Lynch. I learned that she was involved in the bitcoin market a few years ago, and I never discussed it with her, because I didn't understand it, and at this point in my life, I am not aggressively in the financial markets.

Along with her mother and her sisters, Theresa attended the celebration of our 40th wedding anniversary in July of 2009 here in Aurora. I most recently saw her at the funeral of her mother in Virginia in February of 2016. I have been in touch with my younger sister, Lorraine Walton, over the past two years. She lives in Northern Virginia and has frequent contact with Theresa's younger sister Eileen, who has a developmental disability and who also lives in Northern Virginia. Lorraine has told me about Theresa's extensive involvement in overseeing the care of Eileen.

I can tell you that my wife and I were in shock when Theresa called us the other day and told us of the charges for which she pleaded guilty. It is hard for us to wrap our head around her conviction. We have a high regard for Theresa, and always will. She was a rock in her family over the years, supporting her mother after her father's death, and providing both physical and moral support after her mother began to have health problems for many years.

In talking with Theresa, I heard her remorse for her actions through her tears. I would appeal to you, Your Honor, to use whatever discretion you have to impose the lowest sentence permitted for her actions. I believe firmly that she regrets her actions, not simply because of the consequences, but because her actions do not comport with the person that she really is.

Thank you for your time in reviewing my letter, and I hope that it sheds some light on our feelings for Theresa and how important she is to her family.

Sincerely,

Andrew H Drance, Jr.

Exhibit A - 31



May 25, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

Re: **United States v. Theresa Tetley**
    **CR 17-738-R**

Dear Judge Real:

I am writing as a witness to the outstanding character of my first cousin, Theresa Tetley. We grew up in Northern Virginia together, and have remained in contact through our adulthood. Over the years, I have enjoyed our conversations about life, our family, and the paths that we have taken. I have always considered her as my honorary big sister. I have known her all of my 48 years of life.

Theresa is a generous caretaker of her younger sister who has disabilities. When her mother Janet, my aunt, became seriously ill, she assisted with preparations and sale of their family home. When Aunt Janet passed away two years ago, Theresa was named executor of the estate and guardian of her sister. Theresa selflessly put her own schedule aside to deal with those numerous responsibilities.

I am now a professional musician. When I was in high school and participating in drama and musical theater, I was in awe of my cousin who went to The College of William and Mary. My family and I visited Theresa on campus and attended a performance of *"Evita"* in which she was a cast member. A few years later, I was majoring in music in college, and our show choir took a trip to New York City. I was thrilled to meet up with Theresa, a graduate student at the Julliard School. I have always looked up to her for her talents and joyful spirit.

I attest to the kind and loving nature of my dear cousin and friend, Theresa Tetley. A few years ago, I was struggling to determine what the next step would be in my career path. Theresa carefully listened to my ramblings and helped me discover confidence in my decisions. She has a genuine insight and empathy for others.

No one person is free from mistakes, and I believe Theresa has sincere regret and remorse for the conduct to which she has pleaded guilty. Your Honor, I request that you please consider the most lenient sentence the Court considers to be appropriate. Although we live many more miles from each other than we did when we were younger, we remain as close as siblings. Our shared family history will always be a bond that no distance can separate. Thank you for your consideration.

Respectfully,

*Rose A. Mansell*

Rose A. Mansell

Exhibit A - 32