# EXHIBIT B

Laura Carson


May 28, 2018

Honorable Manuel L. Real
United States District Court
For the Central District of California

RE:     United States v. Theresa Tetley, CR 17-738-R

Dear Judge Real,

I write to you on behalf of Theresa Tetley regarding the above-referenced case. Thank you for the opportunity to share my positive experience of knowing Theresa over the course of 30-plus years as her friend and co-worker.

I am a professional SAG-AFTRA union actress, filmmaker and photographer. Theresa and I met in the Theatre Department when we were attending the College of William & Mary in 1985. Over the course of our lives, we've known each other as friends in Williamsburg, VA, New York City, Atlanta and Los Angeles. Individual life choices brought us to these cities at various times in our lives, but in each and every place, I've happily sought out Theresa's friendship as a trusted friend whom I could count on in times of need and support.

Theresa has always been a hard-working, responsible member of society. She was a well-liked and respected member of our college theatre community who brought her creative spirit and willingness to put in the hours needed to bring our productions to life. In New York, she effectively and cheerfully managed multiple part-time jobs to support herself in an expensive and often tiring city.

I, too, was a "struggling artist" and appreciated her kindness, humor and emotional support during those challenging years. She has always offered a non-judgmental ear when I've sought advice and generously given of her time and good counsel to the betterment of my mood and situation.

When I moved to Atlanta to care for an ailing, recently-widowed father and a brother in dire professional and personal straits, Theresa's love and support as a friend were never more valued and appreciated. She had moved to Atlanta for her career and we spent much time together, both as friends and as co-workers for a catering company, Affairs to Remember.

Honorable Manuel L. Real
United States District Court
For the Central District of California
Page 2

As a friend, she emotionally supported me during the heartbreaking events of managing a family in crisis. Her intelligence and compassion were critical to my success getting through that tough time.

As a co-worker, Theresa was always on time, always cheerful, always willing to go the extra mile to do an outstanding job (while others were "hiding" to avoid work). She was a much-valued employee by the company.

I am a single woman with no husband or children and both parents have died. I don't state it lightly when I say, if anything disastrous were to occur in my life, Theresa would be one of my first phone calls. In fact, I have the initials I.C.E. by her name in my cell phone. "In Case of Emergency," I would want Theresa Tetley by my side, helping me get through whatever life might send my way.

In my experience, she has always lived her life with a highly developed sense of personal and professional integrity in her choices and relationships. She is truly passionate about helping others. I am not surprised that she has taken full responsibility for the crimes for which she is charged. I believe that it was never her intention to willfully break the law but was a "crime of ignorance" as she sought to pay her bills in the new world of cryptocurrency.

Nevertheless, she did commit a crime, for which she knows she must pay. I respectfully request you consider her good character when determining her punishment.

Theresa has always given so much good to the world and I have no doubt, will continue to do so. If our justice system seeks the betterment of society, I believe our society is improved if Theresa is sentenced to continue her positive work through acts of service as opposed to the act of time served.

Again, thank you for the opportunity to speak to Theresa's numerous virtues. Despite her commission of this crime, I'm still grateful to call her friend and count her among a group of my most trusted peers.

Respectfully,

Laura Carson

30 May 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

United States v. Theresa Tetley
CR 17-738-R

Dear Judge Real,

Thank you for your time and willingness to consider the testimony of Theresa's friends and family regarding her character in making your decision about her sentencing. It feels like such a gigantic responsibility on my end, and I am just one friend writing one letter. I can't even begin to imagine the gravity of your job. Still, thank you for being open to taking our input into account. As difficult as it is for me to write this letter, I am so grateful to have the opportunity to speak on her behalf in this way—thank you.

My name is Andrea T. S. Ruston, I am self-employed as a life coach, have a masters degree in psychology, and I have known Theresa for more than 10 years. I consider her to be one of my all-time closest friends.

Theresa and I first met within two weeks of my wedding in October 2007, which is why I remember exactly how long we have been friends. At that time, she was a new member of a book club I had been regularly attending for some months, focused on reading and discussing spiritual and personal development books, that met each Wednesday evening at a mutual friend's home. After missing two weeks for my wedding and honeymoon, I returned and brought everybody bright pink personalized pens. The pens were mementos from my wedding, meant to serve as inspiration for the many single people in our group that dreams do come true, and that we each have a prince charming out there. Theresa and I became fast friends, in large part because she was so genuinely filled with joy, so enthusiastic, and so grateful for having been given this little gift of a wedding pen. I think she may even still have it, because she is still looking for her dream man, and we both know he's out there somewhere!

That said, I am writing to you to express my sincere, deep, and abiding admiration, love, and respect for Theresa despite the severity of the crimes she is taking responsibility for. Although I was only told about these proceedings last week, in order to request my assistance to write this character reference on her behalf, I knew something was wrong; I could hear it in her voice, and feel it in her energy over the last year. But she wasn't able to discuss it, she honored that admonition, and I could only reassure her that no matter what was going on I would still love her. Now I am writing as much to you.

Have you ever heard the phrase "how one does anything is how one does everything"? That sentiment applies perfectly to Theresa in my experience: She is genuinely joyful, positive, and enthusiastic. She is grateful for everything she receives, every friendship she has, and every life experience she chooses to participate in. She looks for the bright side of any and every situation, and, even this one, as hard as it has been for her.

And that is who she is for all of us who love her too.

I know Theresa to be one of, possibly the most, generously loving and trusting people I have ever met. But, that quality also has a shadow side. She is the kind of friend who will give to someone in need even when she cannot really afford to do so, like the college friend who borrowed money when Theresa could barely pay for the repairs on her little house in Atlanta herself, then he never repaid it. He passed away a couple of years ago, and never even apologized. But Theresa will let people back into her heart even after they have said or done rotten things to her. I can't say as much about myself, I'm way too cynical, and don't have her same open and loving heart (sadly) but she has forgiven and trusted people again whom I would never have given a second chance to. That is her one flaw, in my opinion, that she is almost naively willing to give others the benefit of the doubt, before they have earned genuine trust, and even sometimes after they've abused it.

But she is someone I can ALWAYS count on if I ever need help.

She's who I call when I'm sick, or really upset about anything—to talk it through, brainstorm alternative ways of looking at it, go to a higher, more spiritual truth about the matter, do some energy healing, or tune in to what love would do. That's the function that I fulfill for all of my friends and family, including Theresa, but Theresa is the only person I know who I can always turn to when I need that kind of support myself.

She has talked me down off the proverbial ledge on more than one occasion, sometimes when I was so upset I could barely get the words out of my mouth about what was wrong. She always stuck with me, helped me to express my feelings, and brought me back to a place of peace. Theresa taught me a method for reframing childhood hurts and traumas that I still use on myself and all my own clients, and has shared every bit of helpful personal development tools and training she has with me. There isn't another living soul on the planet (that I know of) who is as talented at helping me work through whatever is troubling me as Theresa is.

She's wonderful with practicalities too. She drove out to AZ to stay with me for two weeks when I had just moved into a new house to help me unpack all the boxes and organize everything because she knew that it if it didn't all get done at once, it likely never would. My husband was away preparing for a year-long Navy deployment at the time, so wasn't available to help do any of the work. Theresa to the rescue. That was in 2013, and I am still grateful to her every day, when I access the elegant storage design of my cabinets filled with Pyrex or Tupperware, and decorative bins of photos, accessories, or cleaning supplies, arranged logically and accessibly, and have Theresa to thank for the organization.

Theresa can make anything an adventure. She loves to travel, as do I, and we have been lucky enough to meet each other in various cities. We like to eat yummy food, laugh, and ride Segways together when we are visiting away from home. It seems like a silly little thing, but seeing a new city with Theresa is always memorable, because she is playful and game to try new things. So, when it came time to celebrate her on her 50th birthday, there was no way I was going to miss it, because I knew how much it would mean to her to have me show up for her. As such, I flew out from Arizona just for the evening to celebrate with her, despite it being a very busy time in my life in the midst of the holidays and the near death of both my mother and my husband's uncle. (They both passed within two weeks of that, which required numerous additional flights to Los Angeles) but I do not regret for a minute the time and money it took to show up and celebrate my friend.

Theresa sticks up for the underdog. Always. We had a mutual friend, Debra, from the book club where we first met who was being ostracized by the then host of the club. But rather than be a party to a member being bullied, Theresa spoke the truth to the group and then quit the club herself in solidarity with Debra. Me and a few others followed suit shortly thereafter, but I'm not sure any of the rest of us would've had the backbone to stand up for Debra if Theresa hadn't blazed the trail. Debra ended up committing suicide a number of years later, and I know it is one of Theresa's deep heart-breaks to not have seen the signs, or intuited what was going on, or been able to be of more support to her.

Part of my job as a life coach is helping people to get in touch with their dreams, to identify their creative genius within, and to birth their unique gifts into the world. As such, it hurts MY heart to feel so helpless while one of my best friends is going through the most challenging experience of her life. I'm terrified of the possibility that my letter might make her sound too good to be true, or leave something out that would verify her good character, despite her crimes. This letter has been so very difficult for me to write, because I care about Theresa so very much, and I feel like her life is in the balance. Still, I worry and wonder if I am doing enough to help? But then again, it's not about me.

I know Theresa feels regret, and remorse for having participated in what turned out to be illegal activities. She has keen intuition, and I know she feels like it failed her, in keeping her on the correct side of the law, and she is punishing herself every day. I also know that she will be all right, whatever you decide. She will weather the consequences and give it her very best wherever she ends up. But for me, I humbly request as much leniency as possible for my friend, because I'm not so sure I am as strong.

In gratitude,

*Andrea J.S.R.*

Andrea T.S. Ruston



**JOHN PETZ**

May 30, 2018

<u>United States v. Theresa Tetley</u>
CR 17-738-R

Honorable Manuel Real L. Real
United States District Court
For the Central District of California

Dear Judge Real,

My name is John Petz and I have known Theresa Tetley for six years. We first met in a meditation class and, since that time, she has become one of my closest and most trusted friends.

About me: I am from Michigan where I attended both the University of Michigan and Wayne State University law school before becoming an executive speech writer for the leaders of major corporations such as General Motors, Toyota, Honda, Universal Pictures, Hertz and many others. As a father of two I have also served as recreation and parks commissioner for the city of Santa Monica where I have been a resident for 28 years. During my professional and civic career I have had the privilege of working for and with some of the most effective and influential business leaders in the world and I have learned a lot about the value of hard work and integrity.

While I know that Theresa has made mistakes and broken the law, I can honestly say that I have personally found her to be one of the most straightforward, dependable, hard-working and giving people I have ever met. On numerous occasions she has used her considerable coaching skills to help me work through personal or professional challenges. Even during her legal difficulties she has consistently risen above her own fears and has given kindly to myself and others.

In short, she is a quality human being, one who seeks to uplift others and who gives generously of her time and talents.. While she can't undo the mistakes she has made, I know how deeply this has affected her, and I know that she will never break the law again.

With all of this in mind, I ask that, when it comes to sentencing, you look before you and see the quality and decency of this woman. I ask that you see that she has been shaken to her core and has learned a deep and valuable lesson. And I ask that you see it in your heart and wisdom to give her the lowest possible sentence permitted by law.

Thank you for your time and consideration.

Sincerely yours,

*John Petz*

# Norma Eckroate

May 26, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

**RE: United States v. Theresa Tetley
CR 17-738-R**

Dear Judge Real:

I met Theresa Tetley about 11 years ago in a book study club and she has been a good friend ever since.

I am a published author of 13 books. Twelve of those books were coauthored and one was written on my own. I also worked in the entertainment industry for many years. I have a B.A. from Kent State University (1973) and, in 2001, I was licensed as a spiritual practitioner in my church.

Theresa Tetley has been a loving, steady and supportive friend as long as I've known her. In recent years, the mild cerebral palsy that I have had since birth has become much more challenging to deal with. Because of my physical challenges, I haven't gone out very much in recent years – and I have been greatly appreciative of Theresa's frequent visits to me in my home, as well as her frequent phone calls. She is always uplifting and a bright ray of sunshine in my life.

I have always found Theresa to be totally honest and trustworthy and a loving friend – and I know that those in our social circle all feel the same way. I have never heard anyone among several dozen friends and acquaintances ever say anything negative about her.

Some years back, I had a number of items that I wanted to sell on eBay but I didn't have the energy to focus on that pursuit. Theresa handled it for me, sold all of the items, and gave me a detailed spreadsheet of each transaction. I gave her a portion of the proceeds for her work and I was very grateful for the income at the time.

I am aware that Theresa had pleaded guilty to the crimes she was charged with. I see these crimes as errors in judgment as the Theresa Tetley that I know and love has always acted with integrity and compassion. In my conversation with Theresa about this, she has expressed her regret for her shortsightedness and the error of her actions. As a spiritual counselor, I am aware that Theresa, like all of us, has human failings and I strongly believe that this situation has occurred due to lack of discernment rather than any attempt to defraud individuals or the government.

I respectfully request, Judge Real, for you to impose the lowest sentence permitted under the law.

Honorable Manuel L. Real

May 26, 2018
Page 2

Thank you for your consideration.

Sincerely,

Norma Eckroate

P.S. It was suggested that I include a photo of myself, which follows.



May 25, 2018

The Honorable Manuel L. Real
United States District Court
for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012

      Re:    **United States v. Theresa Tetley**
             **CR 17-738-R**

Dear Your Honor:

     My name is Eden. I'm a senior paralegal at the Law offices of John Gardner Hayes, a small insurance defense firm in West Los Angeles, for over 23 years, a career that continues to stir up a certain level of excitement and passion to date.

     I met Theresa Tetley through her former room mate, Eric, and have now known her for more than 10 years. I recently found out about the two charges against her that relate to operating an unlicensed money transmission business and laundering of monetary instruments. I was disturbed and surprised.

     Through the years, I found Theresa to be ingenious, hard-working, intellectual, generous, nurturing, happy, and very funny. She enjoys cooking, always up to date on the latest global food trends and what's hot in the best selection of natural products, vitamins and herbs, and willingly shares them to anyone who would listen. She finds a happy middle ground by heeding the words of C.S Lewis "don't think *less* of yourself. . . but think of *yourself less*. . ., for the sake of those around you, rather than for your own ego." However, the one thing that really stood out to me about her is her love for gardening — That's the nurturing side of her. She has a lot of good old fashioned dose of patience, accepting the responsibility of caring for plants, tending to each pot everyday, in anticipation of biting into that first ripe tomato.

     Your Honor, Theresa's ignorance of the law does not excuse her from liability. She made a bad judgment call and I am sure she is remorseful. However, she is not a menace to society. She has no prior criminal record. She is an outstanding individual with a sound moral compass. I strongly believe that imprisonment would unnecessarily destroy her future.

     I respectfully request the Court and Your Honor to please give Theresa another chance to prove herself accordingly.

     Thank you for your kind consideration.

Sincerely,

EDEN MAMAAT

May 30th, 2018

Alex Romanov


Honorable Manuel L. Real
United States District
for the Central District of California

RE: United States v. Theresa Tetley
CR 17-738-R

Dear Judge Real,

My name is Alex Romanov, and Theresa and I have been good friends for more than ten years since we met at a spirituality-based bookclub, and in a very short amount of time, I discovered her generosity, compassion, and loyalty and how she became an integral part of the group; we all benefitted so much from her wisdom and maternal nature.

Over the ten years the group met, she always expressed her unique form of loving support - she never spoke ill of anyone. Today, she continues to accentuate everyone's best qualities, how these qualities bring joy to others, just like she has in my life and all of those in our book club family. Her loving support and integrity are inspirational to every one of us.

Theresa continually shows kindness and compassion to all of us in the club and everyone in her life. That is her nature. My love and respect for her has not changed one iota. Your Honor, with all my heart, I ask that you show mercy to her. She so deserves a second chance, and I implore you to be lenient in the sentence you impose. You will not regret your decision.

I appreciate the opportunity to share my experience of Theresa with you today.

*Alex Roman*
Alex Romanov

Mary Finn



May 30, 2018

Honorable Manuel L. Real
United States District Court
For the Central District of California

Re: United States v. Theresa Tetley
CR 17-738-R

Dear Judge Real,

My name is Mary Finn. I have known Theresa Tetley for over 8 years. We originally met through a spiritual study group that met every Wednesday for many years. We became good friends through that group and have spent a great deal of time together in the intervening years.

I am an honors graduate from USC, and worked in the corporate world for 20 years and now am a small business owner and have been a resident of Southern California for more than 30 years.

My experience is that Theresa is an honest, hard working, kind, generous person who is committed to living a life of personal integrity and accomplishment. I am aware that Theresa has plead guilty to two charges related to operating an unlicensed money transmission business. This has not changed my respect or opinion of her in any way. Instead, I feel tremendous compassion for her, as I know Theresa to be a truly good person who would never knowingly harm anyone. I know Theresa has great remorse over this situation and is only interested in getting on with her life and continuing to be a contributing person to society and those around her.

I would ask that you be lenient and sincerely request that you will impose the lowest possible appropriate sentence permitted by law. In my opinion, Theresa is not a person who is a risk in any way to engaging in any illegal activities in the future. I know her only desire is take responsibility for this matter and move forward.

Thank you for your consideration.

Sincerely,

Mary Finn



May 31, 2018

Honorable Manuel L. Real
US District Court for the Central District of CA

<u>United States v. Theresa Tetley</u>
CR 17-738-R

Dear Judge Real:

My name is Kimberly Faith Jones. I am an award-winning singer songwriter and I live in Hollywood, CA.

I've been a close personal friend of Theresa Tetley's since 2007. Theresa and I met through a Book Study group that we attended weekly on the topic of Spiritual Wisdom.

Theresa was immediately, and remains one of my favorite people on the planet. She can light up the room with her smile and I've never known her to say an unkind word about anyone. She is truly a beautiful spirit.

When Theresa told me about this case, I was mortified for her. She is a smart, sensitive and conscientious individual and I cannot even imagine what it would be like to wake-up to this reality.

For me, this has been a nightmare come true. Theresa is a beam of sunlight in my life and my heart is absolutely broken that these events have transpired.

I'm begging you for mercy as you consider your options. People sometimes make horrible mistakes and obviously Theresa has done so here, but I know with absolute certainty that she has learned her lessons—that's her nature.

If you choose to allow Theresa to do community service, she will bless every person she touches, that's who she is. Theresa, my kind and generous friend, is a light and the world needs all the light it can get.

Thank you so much for reading my letter. If you will take my words to heart, I'll be eternally grateful.

Sincerely,

*Kimberly Faith Jones*

Kimberly Faith Jones

May 30, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

<u>**United States v. Theresa Tetley**</u>
**CR 17-738-R**

Dear Judge Real,

I am writing you this letter to urge you to show leniency in your sentencing of Ms. Tetley. I met Theresa at a networking event in late 2014 and I was impressed with how knowledgeable and congenial she was at that event in which she was one of the few women in a room that was dominated by males. We exchanged phone numbers that evening as people usually do at networking events. Over the past few years Theresa has been first an acquaintance to me, then a mentor, and now a close friend. I can attest that she is extremely regretful for her actions related to this case and wants to accept responsibility for what she did. In my many discussions with her she often stressed how important it is to follow the law and to keep accurate financial records so that she can pay her taxes for all her business dealings.

I would also like to tell you a little about myself. I was a California resident for about three decades. I currently reside in New Hampshire but I still consider myself a Californian. I have worked in the insurance industry as a licensed California insurance agent. I have also worked in the gambling industry at a licensed California card club. Most recently I worked at a wireless retail store in New Hampshire as a Verizon business/consumer account representative and as a mentor to trainee representatives. Although the money was great I recently left that position and I am happy to say I am on good terms with my former employer who said I was welcome back at Verizon if I ever wanted to come back. I am telling you this because Theresa encouraged me to leave that job when I expressed some doubts about the long term prospects of working there. I am currently using my time in between jobs to enroll in some courses to improve and add to my skills so that I may find a much more meaningful role in the tech industry. Theresa's confidence in me gave me confidence to take this big step.

This woman is a fine member of society and it would not be in the public's interest to sentence her to anything other than what is the absolute minimum required by law. Theresa has been a valuable advisor to me as well as a cherished friend. The world needs more people like Theresa who has always been willing to go out of her way to help others in any way she can. I am pleading with you to look at the whole of Theresa's contribution to society and not just the two statutes she violated. She is an asset and a positive influence on society and I am confident that Your Honor will give her an equitable and thoughtful sentence.

Sincerely,

Patrick Dukemajian


Patrick Prohaska

May 29, 2018

Honorable Manuel L. Real
United States District Court
for the Central District of California

United States v. Theresa Tetley
CR 17-738-R

Dear Judge Real,

My name is Patrick Prohaska, and I'm writing in support of my dear friend Theresa Tetley. I have known Theresa since 2013, when we met at a training seminar for life coaches and healers. At that event we struck up a friendship based on our shared desires to learn personal growth and healing techniques, both for ourselves and to be of service to others. Since then I have developed a professional life coaching practice, and much of my success is a direct result of the support and encouragement Theresa has offered me from day one. She believed in me whenever I doubted myself, she inspired me whenever my business faltered, and she took time out of her own busy schedule to offer advice when I faced professional setbacks. My business likely would have failed long ago without Theresa's loving support, and for that I'm eternally grateful.

For example, in 2014 as I was struggling to launch my business with limited financial resources, Theresa compiled for me a list of tips and resources for marketing on a budget. This wasn't something she just copied and pasted from elsewhere – she'd taken the time to understand the challenges I was facing in building my business and developed a plan of action tailored to my needs. And for this she asked nothing in return. It's just one example of the loving care and support she'd offer to any friend in need.

I know Theresa as a kind and loving soul. She truly cares about the welfare of others, and the world is a much better place with her in it. Therefore, I'm writing to appeal to your sense of mercy and leniency. For her to face extended incarceration would deprive our community of someone who actively makes a positive difference. In my opinion, a strict sentence for Theresa is ultimately of service to no one, and so I ask you to consider the most lenient sentence permitted under the law.

Thank you very much for your time and consideration.

Sincerely yours,

Patrick Prohaska
Founder, Thrive Energetics Academy

Ludwig Guevara Morales

05/30/2018



Dear Judge Real

My name is Ludwig Guevara Morales, I'm a Mexican immigrant a Green Card Holder with a bachelor's degree in Computer Systems Engineer. Have been living in Los Angeles for the last 13 years. For the last 12 years have been working as full employee and/or contractor for Oakwood Worldwide is a retail company, worked at the IT department with the position of SQL Server Database Administrator Level II. Please, forgive my English, I'm currently back to school to improve it.

Meet Theresa Tetley back in 2015 mid-July, through (OM) Meditation group by One Taste. I was passing for a rough moment in my life, had three divorces and OM practice help me to connect with women again. I am very grateful with Theresa. Because she help me: - First by being my OM partner to work part of my traumas and / or trigger that came out through OM and my past relationships with women. - Second. She has experience in Beta - the walking consciousness and reasoning, Alpha - The deep relaxation, Theta - The Light Meditation & Sleeping, and Gamma - The insight waves practice, "I call them conscious mind patches", and she asked permission to connect at spiritual level of consciousness to work with personal affirmations and recognition of my personal greatness as a human being.

Before meeting Theresa, I thought was broken in several occasions said to myself: I'm a productive member of society, I live well, do exercise regularly, and eat healthy... What's wrong with me!! When I was in relationship, I was a mess, have discussions all the time, and my partner was jealous of my time all the time. I am really lucky to know Theresa. I'm very grateful with her, I love her life, she's a living sample of having a beautiful soul, I know everyone do mistakes, and of course I did too. Now, I'm here having a better life because of her. Now, I have relationships with a base of understanding, respect, mutual love, a life of joy, without regrets, and freedom. I own my life and happiness to Theresa.

Please, Judge Real take in consideration my letter.

Theresa Tetley is a great friend of mine. I love her and have great appreciation, she's a good-great friend, and awesome, marvelous human being. A professional and formal therapeutic person. I'm full of gratitude and joy of having her in my life.

Sincerely,
Ludwig Guevara Morales   5/30/18



May 28, 2018

Honorable Manuel L. Real
United States District Court for the Central District of California

<u>United States v. Theresa Tetley</u>
CR 17-738-R

Dear Judge Deal,

My friendship with Theresa Tetley began in 2001 at a hostel in Austin, TX. Theresa and I were both considering moving to Austin because of its thriving wellness community and creative opportunities. We had each chosen to stay at the hostel and live frugally while deciding if Austin was the right place to call home. We had similar habits and interests (healthy living, personal growth) and talked about the possibility of being roommates.

We each decided against moving to Austin, and we went our separate ways, but we remained friends and met up again in 4 different states over the last 17 years. Theresa has had many different jobs over these years and has lived in several different places, but I notice a common theme. Whatever work she is doing and wherever she may live, Theresa strives to live to her full potential and be successful and happy. She encourages others to do the same, both deliberately and by example. She has an amazingly positive attitude, and even when life gets rough, she focuses on finding healthy ways to cope. She does not drink, smoke, do drugs, or gamble. She practices awareness of her stress and problems with commitment to remedying them, even when it is difficult.

Because of Theresa's level-headed approach to overcoming personal challenges, I call her for encouragement when I am in crisis. Theresa's guidance and support helped me build the confidence to change careers from being a massage therapist to entering the field of electronic medical records software training. Since making the leap, I met my husband (at work) and quadrupled my income.

Your honor, I realize my dear friend made mistakes and violated the law. She knows this and takes responsibility for her actions. I ask you to consider Theresa's character and previously clean record and grant her the most lenient sentence the court considers to be appropriate.

Sincerely,

Kyleigh Baskerville

Exhibit B - 50

Honorable Manual L. Real
United States District Court
For the Central District of California

<u>United States</u> v. Theresa Telley
CR 17-738-R

May 26th, 2018

Dear Judge Real,

My name is Bashore Halow, an independent veterinary business advisor that works here in the U.S. and abroad. I have known Theresa Telley since we attended the College of William and Mary in the late eighties and it is my intent to petition leniency for a woman I know to be kindhearted, intelligent, generous, and purposeful.

Over these many years that I have known Theresa, she has been a light of inspiration, understanding, and insight to me. It is because of her encouragement and support that I am where I am today. Of all the people that I know, I can't think of any one that stands out so bright. She knows her own mind. She is free of prejudice and her advocacy for the rights, health, and welfare of all people underlines the magnitude of her spirit and the breadth of her intellect.

I know that Theresa is genuinely sorry for her legal transgressions and appreciates the magnitude of what she has done. If you can find it in your conscience to provide her leniency, I am absolutely certain that she will make the most of your decision by continuing to be a force for good, a source of help to any that needs it, and a wellspring of positivity in our world.

Most Sincerely,

Bashore Halow

Honorable Manuel L. Real
United States District Court
for the Central District of California
United States v. Teresa Tetley

CR 17-738-R

Dear Judge Real,

Teresa's raison d' etre for living is helping people. She relishes bee-lining to the self-help book section at stores such as Barnes and Nobles—which makes it easy to find her-- and feasting on knowledge that leads to better living for herself and friends. She enjoys imparting the sage advice she happily gleamed for the milieu of Self-help books to her friends. Having known Teresa, (T) as we call her, for 15 years and dating her for 3 years, I have seen friends and family come to her for guidance upon reaching a "fork in the road" of life to quote Robert Frost. Friends, at times, do not take the path she recommends and later regret it. This leads to the catch-all phrase associated with Teresa, "Did you listen to T?"

I have been a Special Education teacher for 18 years and have worked in various Title I districts where the areas and neighborhoods are rough. Teresa has allied with some rough occupations as well. She has volunteered as a baby cuddler at a hospital for kids who are sick. She was a costume designer for off broadway shows, and most notably for John Leguizamo who we met at his show in L.A . She is a professional hugger; she hugs people who are having distressed days or maybe just need some good old fashioned caring. She always wished to be a life coach.

Well, in writing this letter, I would ask Teresa if she listened to T herself? She may have listened, but did not follow the advice and can now join the club of those who "should have." This case is an aberrant blimp on the long arc of her life which has been all about helping others. She has stayed away from trouble and to quote her, "I don't drink, do drugs, and my only vice is the occasional movie popcorn." Not entirely true, she could have added baking Nestle Tollhouse cookies. She has helped many people and now we ask you, the judge, to show compassion and understanding as well as leniency in the sentencing. Confucius once said that a "1000 mile journey begins with one step." I am sure that with gracious leniency, Teresa will continue her journey with greater humbleness and self-reflection while making positive contributions to all who come into contact with her.

Sincerely

Jack Banks