Brian E. Klein (Bar No. 258486)
 bklein@bakermarquart.com
Ashley E. Martabano (Bar No. 236357)
 amartabano@bakermarquart.com
BAKER MARQUART LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Theresa Tetley*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>THERESA TETLEY,<br>          Defendant. | Case No.: CR-17-738-R<br><br>**DEFENDANT THERESA TETLEY'S NOTICE OF LODGING OF EXHIBIT**<br><br>Hearing Date: June 11, 2018<br>Hearing Time: 10 a.m. |

1  PLEASE TAKE NOTICE that in advance of her sentencing on June 11, 2018 at 10:00 a.m.,
2  Defendant Theresa Tetley lodges with the Court an additional letter of support, written by family
3  member Regina Vaccaro and referenced in Defendant Theresa Tetley's Sentencing Memorandum.
4  A true and correct copy of Ms. Vaccaro's letter is lodged as Exhibit C.[1]

DATED:  June 5, 2018                    Respectfully submitted,

　                                        /s/ Ashley E. Martabano
                                         BRIAN E. KLEIN
                                         ASHLEY E. MARTABANO
                                         Baker Marquart LLP
                                         2029 Century Park East, Suite 1600
                                         Los Angeles, California  90067
                                         Telephone: (424) 652-7800
                                         *Attorneys for Theresa Tetley*

---

[1] Exhibit C as Exhibits A and B were attached to the Sentencing Memorandum filed June 4, 2018.