UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 17-00738-R |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| THERESA TETLEY, aka "Bitcoin Maven," | ) [No Hearing Requested] |
| Defendant. | ) |

Pursuant to the Stipulation and Request between plaintiff United States of America (the "government") and defendant Theresa Tetley ("defendant"), and good cause appearing, the Court hereby finds and orders as follows:

**I. FORFEITABLE ASSETS**

1. On November 28, 2017, the government filed an Information charging defendant with one count of operating an unlicensed money transmitting business in violation of Title 18, United States Code, Section 1960, and one count of money laundering in violation of Title 18, United States Code, Section 1956(a)(3)(B).

2. On December 6, 2017, the plea agreement between the government and defendant was filed. Pursuant to the plea agreement, defendant agreed to plead guilty to both counts of the Information. In addition, the plea agreement provides that defendant forfeits all right, title, and interest in and to the following assets:

    A. $292,264.00 in U.S. Currency (the "Currency") seized by law enforcement on March 30, 2017;

    B. Twenty-Five Assorted Gold Bars (the "Gold Bars") seized by law enforcement on March 30, 2017; and

    C. 40 Bitcoin that was in defendant's possession as of March 30, 2017 (the "Bitcoin").

The Currency, Bitcoin and Gold Bars are collectively referred to as the "Assets." Defendant transferred the Bitcoin to law enforcement on January 8, 2018, in connection with the entry of her guilty plea.

3. Defendant entered her guilty plea to Counts One and Two of the Information in this Court on January 8, 2018. Defendant has admitted that the Assets constitute the proceeds of the conduct to which defendant pleaded guilty. Pursuant to defendant's guilty plea, the government has established the requisite nexus between the Assets and the offenses described in the Information to which defendant entered a plea of guilty. The Court finds that the said Assets constitute or are traceable to proceeds obtained by defendant as a result of such offenses. All of defendant's right, title, and interest in the Assets are hereby forfeited to the United States.

## II. IMPLEMENTATION

**IT IS FURTHER ORDERED** as follows:

A. Upon the entry of this Order, and pursuant to Rule 32.2(b)(3) of the Federal Rules of Civil Procedure, the United States Attorney General (or a designee) is authorized to take immediate possession of the Assets.

B. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this and any other Orders affecting specific assets. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

(1) The United States shall forthwith publish notice of this Order, notice of the government's intent to dispose of the Assets in such manner as the Attorney General may direct, and notice that any person, other than defendant, having or claiming a legal interest in the Assets must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Assets.

(2) Any person, other than defendant, asserting a legal interest in the Assets, may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the Assets, and for an amendment of the order of forfeiture.

(3) Any petition filed by a third party asserting an interest in the Assets shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Assets, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Assets, any additional facts supporting the petitioner's claim, and the relief sought.

(4) After the disposition of any motion filed under Rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure if the Court determines that such discovery is necessary or desirable to resolve factual issues.

(5) The United States shall have clear title to the Assets following the Court's disposition of all third-party interests, or, if no petitions are filed, following the expiration of the period provided prescribed herein for the filing of third-party petitions.

C. This Order constitutes a final Order of Forfeiture as to defendant's interests in the Assets.

/ / /

D.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

DATED: _____, 2018

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Frank D. Kortum*
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA