# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-17-738-R**                                    Date: July 9, 2018

===============================================================================

PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| | | |
|---|---|---|
| **Christine Chung** | **Sheri Kleeger** | **Puneet V. Kakkar** |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================

U.S.A. vs (Dft listed below)                        Attorney for Defendant

1)   **THERESA LYNN TETLEY**                   1)   Brian E. Klein
     X present          X bond                         X present          X retained

PROCEEDINGS:   SENTENCING

        Case called.  Appearances made.

        The Court sentences the defendant.

        The Court ORDERS the defendant surrender herself to the institution designated by the Bureau of Prisons at or before 10 AM of August 15, 2018. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

        The Court ORDERS the defendant's bond exonerated upon surrender.

## Refer to SEPARATE Judgment and Probation/Commitment Order.

<u>0:20 min</u>

Deputy Clerk Initials ____CCH____

CR 90 (2/91)CRIMINAL MINUTES - SENTENCING AND JUDGMENT